UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
AMENDED MINUTES OF PROCEEDINGS

JULY 28, 2025
CAMDEN OFFICE                                          DATE OF PROCEEDINGS
JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell
Other:                                                 Docket # 24-cr-00768-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA

       v.
JULIEN GIRAUD JR.-01,
JULIEN GIRAUD III-02,

    DEFENDANTS PRESENT.

APPEARANCES:
Rachelle M. Navarro and Alison Thompson, AUSAs for Government.
Thomas S. Mirigliano, Esq. for Defendant J. Giraud, Jr.
Gina Amoriello, Esq. for Defendant J. Giraud, III.

NATURE OF PROCEEDINGS:   STATUS HEARING
Status conference held.


Time commenced: 10:30 a.m.
Time Adjourned:   10:44 a.m.
Total Time: 14 min.

                                    /s/ *GN*
                                  DEPUTY CLERK