

# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6218-2025

AUTHORIZING ALINA HABBA TO BE THE INTERIM
UNITED STATES ATTORNEY FOR THE DISTRICT OF NEW JERSEY
DURING THE VACANCY IN THAT OFFICE

By virtue of the authority vested in the Attorney General by 28 U.S.C. § 546, I designate and appoint Alina Habba to be the United States Attorney for the District of New Jersey as of March 28, 2025, and through May 26, 2025.

_3/27/25_  
Date

_[signature]_  
Pamela Bondi  
Attorney General