## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents will be served on all parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

                                                                                    _____
                                                                                    Thomas S. Mirigliano, Esq.
                                                                                    40 Wall Street, 32nd Floor
                                                                                   New York, New York 10005
                                                                                    Tel: (718) 530-6548
                                                                                    Fax: (646) 219-5027
                                                                                    Email: TSM@MiriglianoLaw.com