# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIEN GIRAUD JR., and<br><br>JULIEN GIRAUD III,<br><br>Defendants. | No. 1:24-CR-00768<br><br>(Chief Judge Brann)[*]<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Nathaniel A.G. Zelinsky, hereby enters his appearance as counsel for *Amicus Curiae* the Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ) in this case.

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

- The District of Columbia (2021).
- The State of Connecticut (2019).
- The Supreme Court of the United States (2022).
- The United States Courts of Appeals for the First Circuit (2020).

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

- The United States Court of Appeals for the Second Circuit (2021).
- The United States Court of Appeals for the Third Circuit (2021).
- The United States Court of Appeals for the Fourth Circuit (2023).
- The United States Court of Appeals for the Fifth Circuit (2021).
- The United States Court of Appeals for the Sixth Circuit (2021).
- The United States Court of Appeals for the Seventh Circuit (2020).
- The United States Court of Appeals for the Eighth Circuit (2024).
- The United States Court of Appeals for the Ninth Circuit (2022).
- The United States Court of Appeals for the Eleventh Circuit (2023).
- The United States Court of Appeals for the D.C. Circuit (2021).

Dated: August 11, 2025

*/s/ Nathaniel A.G. Zelinsky*
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave NW, Suite 440
Washington, D.C. 20015
202-204-0212
nzelinsky@washingtonlitigationgroup.org

*Attorney for Amicus Curiae*
*Association of Criminal Defense Lawyers of New Jersey (ACDL-NJ)*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, I caused a copy of this document to be served by the notice of electronic filing generated by this Court's electronic case filing system upon all counsel of record in this case.

*/s/ Nathaniel A.G. Zelinsky*
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave NW, Suite 440
Washington, D.C. 20015
202-204-0212
nzelinsky@washingtonlitigationgroup.org

*Attorney for Amicus Curiae
Association of Criminal Defense Lawyers of
New Jersey (ACDL-NJ)*
