UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIEN GIRAUD JR. and<br>JULIEN GIRAUD III,<br><br>Defendants. | Criminal No. 24-768<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that undersigned counsel hereby appears as counsel of record on behalf of movant amici curiae Bipartisan Current and Former Members of Congress in the above-captioned matter.

Respectfully submitted,

_____
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com

Dated: August 13, 2025