# EXHIBIT 2

 

Attorney Search

| Attorney Online Registration and Payment | ATTORNEY SEARCH RESULTS |
| --- | --- |

Additional detailed information is available by double clicking the attorney record

| | Attorney ID | Suffix | Last | First | Mid | City | County | Good Standing Status | Bar Admission Date | Certifie |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Board on Attorney Certification | | | | | | | | | | |
| Client Protection Fund | | | | | | | | | | |
| Continuing Legal Education | 018592010 | | HABBA | ALINA | | WASHINGTON | OUT OF STATE | ACTIVE | 12/01/2010 | NO |
| Disciplinary Review Board | 018592010 | | HABBA | ALINA | SAAD | WASHINGTON | OUT OF STATE | ACTIVE | 12/01/2010 | NO |

NJ Board of Bar Examiners

Back    New Search

Office of Attorney Ethics

Pro Bono

Contact Us

Índice de Abogados de Nueva Jersey