## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Julien Giraud Jr. and<br>Julien Giraud III,<br><br>Defendants. | Crim. No. 24-768<br><br>Judge Matthew W. Brann |

**BRIEF OF *AMICI CURIAE* FORMER REPUBLICAN
MEMBERS OF CONGRESS IN SUPPORT OF NEITHER PARTY**

**INTERESTS OF AMICI**

Amici curiae (the "Amici") are a group of former Republican members of Congress who, during their tenures, exercised the legislative powers vested in Congress by Article I of the Constitution and their authority under the Appointments Clause. Amici were members of Congress before, during and/or after the passage of the Preserving United States Attorney Independence Act of 2007 (the "Act"), codified in 18 U.S.C. § 546, which restored the 120-day limit on interim appointments of United States Attorneys now codified in § 546(c). The Act reflected Congress's considered judgment—rooted in the Constitution's separation of powers framework—that the appointment of U.S. Attorneys must be subject to meaningful checks, including the Senate's advice and consent, except in limited circumstances expressly provided by law.

In enacting the statutory scheme at issue here, Congress acted pursuant to its explicit constitutional prerogative to "by Law vest the Appointment of . . . inferior officers . . . in the President alone, in the Courts of Law, or in the Heads of Departments." U.S. Const. art. II, § 2, cl. 2. These provisions codify the balance struck by the Framers between executive branch flexibility and legislative branch oversight, ensuring that a critical law enforcement position is filled without undue delay while preserving the Senate's essential role in confirming those who serve beyond a short interim period.

As former representatives of the United States Congress who swore an oath to support the United States Constitution, Amici have a strong interest in ensuring that the Court interprets the statutory framework governing the appointment of United States Attorneys in a manner faithful to this constitutional design. The Administration's recent actions to extend Alina Habba's tenure as U.S. Attorney beyond the statutory limit, without Senate confirmation, implicates the very

1

separation of powers concerns addressed in the Act. Amici submit this brief not to advance the position of either party on the merits of the underlying criminal case, but to provide the Court with the structural principles at stake in the proper application of the Act.

The former Republican members of Congress in support of this brief are:

- Christopher Shays, Representative for the 4th Congressional District of Connecticut from 1987 to 2009 (R).

- John LeBoutillier, Representative for the 6th Congressional District of New York from 1981 to 1983 (R).

- Mickey Edwards, Representative of the 5th Congressional District of Oklahoma from 1977 to 1993 (R).

- Peter Smith, Representative-at-Large of Vermont from 1989 to 1991 (R).

- Tom Petri, Representative of the 6th Congressional District of Wisconsin from 1979 to 2015 (R).

- Jim Greenwood, Representative of the 8th Congressional District of Pennsylvania from 1993 to 2005 (R).

- Gordon Humphrey, U.S. Senator for the State of New Hampshire from 1979 to 1990 (R).

- David Trott, Representative of the 11th Congressional District of Michigan from 2015 to 2019 (R).

- Barbara Comstock, Representative of the 10th Congressional District of Virginia from 2015 to 2019 (R).

## POSITION OF AMICI

Amici hereby incorporate the Brief of Amici Curiae Bipartisan Current and Former Members of Congress in Support of Neither Party (ECF Doc. 135), including the Introduction, Background, Argument and Conclusion Sections.

## CONCLUSION

Amici respectfully submit that the Court should resolve the issues presented in this matter consistent with the allocation of constitutional authority under the Appointments Clause.

Dated: August 13, 2025                                  Respectfully Submitted,

                                                                            By:     /s/ *Anne Burton Walsh*
                                                                                   Anne Burton-Walsh

                                                                                   Lisa D. Bentley
                                                                                   Anne Burton-Walsh
                                                                                   Aguilar Bentley LLC
                                                                                   171 E. Ridgewood Ave., Suite 201
                                                                                   Ridgewood, New Jersey 07450
                                                                                   Tel. No. 212-835-1521
                                                                                   lbentley@aguilarbentley.com
                                                                                  aburtonwalsh@aguilarbentley.com

                                                                                   Gregg Nunziata
                                                                                   Executive Director
                                                                                   Society for the Rule of Law Institute
                                                                                   601 Pennsylvania Ave, NW
                                                                                   South Building, Ste 900
                                                                                   Washington, DC 20004

                                                                                  *Counsel for Amici Curiae* Former Republican Members of Congress