Thomas S. Mirigliano, Esq. (NJAID: 038542011)
**LAW OFFICE OF**
**THOMAS S. MIRIGLIANO, ESQ., P.C.**
40 Wall Street, 32nd Floor
New York, New York 10005
TSM@MiriglianoLaw.com
Phone: (718) 530-6548
Facsimile: (646) 219-5027
*Attorneys for Defendant, Julien Giraud Jr.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JULIEN GIRAUD JR., and<br>JULIEN GIRAUD III,<br><br>                     Defendants. | CASE NO. 24-CR-768 (ESK) |

## NOTICE OF MOTION

TO:    Mark E. Coyne
        Rachelle Navarro
        Allison Thompson
        Assistant United States Attorneys
        United States Attorney's Office – District of New Jersey
        970 Broad Street, Suite 700
        Newark, New Jersey 07102
        *Attorneys for the Government*

**PLEASE TAKE NOTICE,** that at such date and time as the Court shall designate, the

undersigned, attorney for Defendant Julien Giraud Jr., will move an Order disqualifying Assistant

United States Attorneys Philip Lamparello, Jordan Fox and Ari Fontecchio from exercising

supervisory or managerial authority over the United States Attorney's Office for the District of

New Jersey in connection with this prosecution, and from directing or overseeing the

Government's conduct in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, Defendant Julien

Giraud, Jr. relies upon and incorporates by reference the legal arguments and submissions filed by

defense counsel in *United States v. Raheel Naviwala*, Crim. No. 24-099 (MWB), and *United States*

*v. Daniel Torres*, Crim. No. 24-378 (MWB), to the extent those filings seek comparable or related

relief.

Defendant hereby reserves the right to file supplemental submissions as necessary.


Dated:        New York, New York
              February 18, 2026


                                              LAW OFFICE OF
                                              THOMAS S. MIRIGLIANO, ESQ., P.C.


                                              By: _____
                                                    Thomas S. Mirigliano, Esq.