UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


MAY 4, 2026
CAMDEN OFFICE                                         DATE OF PROCEEDINGS
JUDGE EDWARD S. KIEL


COURT REPORTER: Ann Marie Mitchell
OTHER:


Docket # 24-CR-00768-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA,
          v.


JILIEN GIRAUD, JR.,
          DEFENDANT PRESENT.


APPEARANCE:
Rachelle M. Navarro, AUSA for Government.
Thomas S. Mirigliano, Esq. for Defendant Giraud, Jr.


NATURE OF PROCEEDINGS: MOTION EVIDENTIARY HEARING
Hearing on Defendant's [80] First Motion to Suppress and for Franks Hearing;
Hearing on Government's [92] Motion in Limine; [98] Supplemental Motion in Limine;
Decision reserved.
Court conducted colloquy with defense counsel re: [93] Letter potential conflict of interest.
Court conducted a colloquy with defense counsel and defendant pursuant to Missouri v. Frye,
566 U.S. 134 (2012) re: [94] Letter.
James Heller sworn.
Government moved into evidence exhibits 1-13A, stipulation 9 to be filed on the docket.
Ordered counsel to obtain the transcript from today's hearing.
Ordered counsel to submit letter brief no later than Friday, May 15, 2026.

Time commenced: 10:30 a.m.   Time Adjourned: 12:00 p.m.
Time commenced: 12:45 p.m.   Time Adjourned: 2:00 p.m.
Time commenced: 2:40 p.m.   Time Adjourned: 4:04 p.m.
Total Time: 4 hours, 09 min.

/s/ *GN*
DEPUTY CLERK