**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| | : | |
| v. | : | Crim. No. 24-768 (ESK) |
| | : | |
| JULIEN GIRAUD, Jr., | : | **ORDER FOR A CONTINUANCE** |
| Defendant. | | |

This matter having come before the Court on the joint application of Robert Frazer, United States Attorney for the District of New Jersey (by Rachelle M. Navarro, Assistant United States Attorney), and defendant Julien Giraud, Jr. (by Thomas Mirigliano, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 5, 2026, that date on which this matter is currently scheduled for trial, to permit defense counsel reasonable time necessary for effective preparation in this matter, and for completion of motion practice; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through his attorney, having consented to this continuance; and the United States having no opposition; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Trial is currently scheduled to commence on October 5, 2026;

(2)     The defendant has consented to the aforementioned continuance;

(3)    The grant of a continuance likely will conserve judicial resources; and;

(4)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 8 th day of May, 2026;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including October 5, 2026; and it is further

ORDERED that the period from the date this Order is signed through and including October 5, 2026 shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Edward S. Kiel

Honorable Edward S. Kiel
United States District Judge

Form and entry consented to:

Rachelle M. Navarro
Assistant United States Attorney

/s/ Thomas Mirigliano
Thomas Mirigliano, Esq.
Counsel for Julien Giraud, Jr.