

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Rachelle M. Navarro*
*Assistant United States Attorney*

970 Broad Street, 7th floor
Newark, New Jersey 07102

973-297-2700

May 12, 2026

**ORDER**

*Via ECF*

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:   United States v. Julien Giraud Jr.
>         Crim. No. 24-768

Dear Judge Kiel:

On May 4, 2026, this Court held an evidentiary hearing and ordered that post-hearing briefing by filed by both parties by May 15, 2026. The Government respectfully requests a one-week extension of that deadline to May 22, 2026. The Government has conferred with defense counsel who consents to this request.

Respectfully Submitted

ROBERT FRAZER
United States Attorney

**So Ordered.**

___/s/ Edward S. Kiel___
Edward S. Kiel, U.S.D.J.
Date: May 13, 2026

By:   Rachelle M. Navarro
        Alison Thompson
        Assistant United States Attorney