UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 24-768 (ESK) |
| vs. | **ORDER FOR DISMISSAL** |
| JULIEN GIRAUD, JR. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Robert Frazer, United States Attorney for the District of New Jersey (by Rachelle M. Navarro and Alison Thompson, Assistant United States Attorneys, appearing), hereby dismisses Counts One and Two the Indictment, Crim. No. 24-768 (which was filed on or about November 21, 2024) as to defendant Julien Giraud, Jr., charging the defendant with possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) (Count One), and possession of a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count Two).

This dismissal is without prejudice.

_____
ROBERT FRAZER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*/s/ Edward S. Kiel*

_____
HONORABLE EDWARD S. KIEL
United States District Judge

**July 30, 2026**
Dated: _____